**Opinion filed May 15, 2014**



In The

# Eleventh Court of Appeals

_____

## No. 11-14-00087-CV
_____

## AVIS RENT A CAR SYSTEM, LLC, Appellant

## V.

## WILLIAM GERLOFF, JR., Appellee

**On Appeal from the County Court at Law No. 2**

**Travis County, Texas**

**Trial Court Cause No. C-1-CV-07-000406**

## M E M O R A N D U M   O P I N I O N

Appellant, Avis Rent a Car System, LLC, filed a notice of appeal on March 19, 2014. When the appeal was filed, the clerk of the court of appeals from which this case was transferred requested that Appellant forward the $195 filing fee on or before March 31, 2014. After the appeal was transferred to this court, we notified Appellant by letters dated April 1, April 3, and April 11, 2014, that the $195 filing fee was past due. In the April 11 letter, we directed counsel to pay the

filing fee on or before April 18, 2014, and informed Appellant that the failure to comply "may result in dismissal of the case." As of this date, Appellant has not remitted the filing fee.

Because Appellant has failed to pay the required filing fee in this appeal, we dismiss the appeal. TEX. R. APP. P. 5, 42.3.

PER CURIAM

May 15, 2014

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.